IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CASEY LYNN COUCH, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) 1:11-cv-1737-JFG-MHH |
| | ) |
| TALLADEGA CIRCUIT COURTS; | ) |
| ATTORNEY GENERAL FOR THE | ) |
| STATE OF ALABAMA, | ) |
| | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

This is a habeas corpus case brought pursuant to 28 U.S.C. §§ 2254 by Petitioner Casey Lynn Couch, *pro se*, an Alabama state prisoner confined at Julia Tutwiler Prison for Women. On March 5, 2013, the magistrate judge entered findings and a recommendation that the action is due to be dismissed. (Doc. 23). Couch has now filed timely objections to the magistrate judge's recommendation. (Doc. 25).

Having carefully reviewed and considered de novo all the materials in the court file, including the findings and recommendation and Couch's objections, the court is of the opinion that the magistrate judge's findings are due to be and are hereby **ADOPTED** and his recommendation is **ACCEPTED**. Couch's objections are due to be and hereby are **OVERRULED**. As a result, Couch's § 2254 habeas application is due to be DENIED. A separate final judgment will be entered.

DONE, this the 3rd day of July, 2013

*Sharon Lovelace Blackburn*
_____
SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE